No. 796. AMERICAN-LAFRANCE-FOAMITE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Lawrence A. Baker* and *William W. Karatz* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Morton K. Rothschild* for respondent. ▬


No. 726. CODUTO *v.* UNITED STATES. Motion to strike portions of respondent's brief denied. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Charles A. Bellows* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States. ▬


No. 770. Goss *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Edwin R. Armstrong* for petitioner. ▬


No. 776. CALIFORNIA COMPANY *v.* UNITED GAS IMPROVEMENT CO. ET AL. The motion to substitute California Oil Co. in the place of California Company as the party petitioner is granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Justin R. Wolf, Charles A. Case, Jr., Melvin Richter* and *Woollen H. Walshe* for petitioner. *J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for United Gas Improvement Co., and *Kent H. Brown* for Public Service Commission of New York, respondents. *David Berger* and *Robert M. Beckman* filed a brief for the City of Philadelphia, as *amicus curiae,* in opposition to the petition. ▬